LATHAM & WATKINS LLP
    Robert W. Perrin (Bar No. 194485)
    *robert.perrin@lw.com*
    Michael J. Reiss (Bar No. 275021)
    *michael.reiss@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
    James E. Brandt (*pro hac vice* forthcoming)
    *james.brandt@lw.com*
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Nominal Defendant PG&E Corporation*

[Additional Counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID C. WESTON, on behalf of himself and all others similarly situated, | Case No. 3:18-cv-03509-RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RELATE CASES** |
| v. | Hon. Richard Seeborg |
| PG&E CORPORATION, ANTHONY F. EARLEY, JR., JASON P. WELLS, GEISHA J. WILLIAMS, CHRISTOPHER P. JOHNS, DINYAR B. MISTRY, and DAVID S. THOMASON, | |
| Defendants. | |

WHEREAS, on June 12, 2018, plaintiff David C. Weston filed a securities class action complaint against PG&E Corporation ("PG&E") and its current and former officers, asserting violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 related to alleged misrepresentations in connection with wildfires that started on or about October 8, 2017 in Northern California (the "North Bay Wildfires"), styled *Weston v. PG&E Corporation, et al.*, No. 3:18-cv-03509-RS (the "*Weston* Action");

WHEREAS, on June 14, 2018, plaintiff Jon Paul Moretti filed a securities class action complaint in this District against the same defendants as in the *Weston* Action predicated on nearly identical allegations, and asserting identical claims, styled *Moretti v. PG&E Corporation et al.*, No. 3:18-cv-03545-VC (the "*Moretti* Action," and together with the *Weston* Action, the "Securities Class Actions");

WHEREAS, on August 14, 2018, the Honorable Richard Seeborg ordered the Securities Class Actions related, and directed the Clerk of the Court to reassign the *Morreti* Action to Judge Seeborg;

WHEREAS, on August 3, 2018, plaintiff Oklahoma Firefighters Pension and Retirement System filed a derivative action in this District against Nominal Defendant PG&E and certain of its current and former officers and directors, predicated on allegations concerning PG&E's conduct related to the North Bay Wildfires, styled *Oklahoma Firefighters Pension and Retirement System v. Lewis Chew, et al.*, No. 3:18-cv-04698 (the "Derivative Action");

WHEREAS, on August 20, 2018, the Derivative Action was assigned to the Honorable Phyllis J. Hamilton;

WHEREAS, the undersigned parties agree that the Derivative Action and the Securities Class Actions are related pursuant to Civil Local Rule 3-12(a), because "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges"; and

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1      WHEREAS, nothing herein shall be deemed to constitute a waiver of any rights,

2  defenses, objections, or any other application to any court that any undersigned party may have

3  with respect to the Securities Class Actions or the Derivative Action.

4      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, pursuant to

5  Civil Local Rules 3-12 and 7-12, and subject to the approval of the Court, that the Derivative

6  Action and the Securities Class Actions are related, and that the Derivative Action shall be

7  reassigned to the Honorable Richard Seeborg.

8

9  Dated: August 22, 2018                    LATHAM & WATKINS LLP
                                              ROBERT W. PERRIN (Bar No. 194485)
10                                            MICHAEL J. REISS (Bar No. 275021)

11
                                             By /s/ Robert W. Perrin
12                                            ROBERT W. PERRIN
                                             355 South Grand Avenue, Suite 100
13                                            Los Angeles, CA 90071
                                             Telephone: (213) 485-1234
14                                            Facsimile: (213) 891-8763
                                             robert.perrin@lw.com
15                                            michael.reiss@lw.com

16

17                                            LATHAM & WATKINS LLP
                                             JAMES E. BRANDT (*pro hac vice*
18                                            forthcoming)
                                             885 Third Avenue
19                                            New York, NY 10022
                                             Telephone: (212) 906-1200
20                                            Facsimile: (212) 751-4864
                                             james.brandt@lw.com
21

22                                            *Attorneys for Nominal Defendant PG&E*
                                             *Corporation*
23

24  Dated: August 22, 2018                    MCDERMOTT WILL & EMERY LLP
                                             CHARLES E. WEIR (Bar No. 211091)
25
                                             By /s/ Charles E. Weir
26                                            CHARLES E. WEIR
                                             2049 Century Park East, 38th Floor
27                                            Los Angeles, CA 90067
                                             Telephone: (310) 277-4110
28                                            Facsimile: (310) 277-4730

                                      2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS

1                                  cweir@mwe.com

2                                  MCDERMOTT WILL & EMERY LLP

3                                  STEVEN S. SCHOLES (*pro hac vice* forthcoming)

4                                  444 West Lake Street
Chicago, IL 60606

5                                  Telephone: (312) 372-2000
Facsimile: (312) 984-7700

6                                  sscholes@mwe.com

7                                  *Attorneys for Defendants Geisha J. Williams, Jason P. Wells, Anthony F.*

8                                  *Earley, Jr., Patrick M. Hogan, Christopher P. Johns, Dinyar B. Mistry, and David S.*

9                                  *Thomason*

10   Dated: August 22, 2018            SIMPSON THACHER & BARTLETT LLP

11                                  James G. Kreissman (Bar No. 206740)
Elizabeth H. White (Bar No. 291439)

12

13                                  By /s/ James G. Kreissman
                                 ————————————————

14                                  JAMES G. KREISSMAN
2475 Hanover Street

15                                  Palo Alto, CA 94304
Telephone: (650) 251-5080

16                                  Facsimile: (650) 251-5002
jkreissman@stblaw.com

17                                  elizabeth.white@stblaw.com

18                                  SIMPSON THACHER & BARTLETT LLP
PAUL C. CURNIN (*pro hac vice*

19                                  forthcoming)
425 Lexington Avenue

20                                  New York, NY 10017
Telephone: (212) 455-2000

21                                  Facsimile: (212) 455-2502
pcurnin@stblaw.com

22                                  *Attorneys for Defendants Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H.*

23                                  *Kimmel, Richard A. Meserve, Eric D. Mullins, Forrest E. Miller, Rosendo G.*

24                                  *Parra, Barbara L. Rambo, and Anne Shen Smith*

25

26   Dated: August 22, 2018            BERMAN TABACCO
Nicole Lavallee (Bar No. 165755)

27                                  Daniel E. Barenbaum (Bar No. 209261)

28                                  By /s/ Daniel E. Barenbaum

DANIEL E. BARENBAUM
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
nlavallee@bermantabacco.com
dbarenbaum@bermantabacco.com

BERMAN TABACCO
Leslie R. Stern (*pro hac vice* forthcoming)
Nathaniel L. Orenstein (*pro hac vice* forthcoming)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
lstern@bermantabacco.com
norenstein@bermantabacco.com

*Attorneys for Plaintiff Oklahoma
Firefighters Pension and Retirement System*

# [~~PROPOSED~~] ORDER

Based on the foregoing stipulation and good cause having been shown, the Court hereby GRANTS the parties' stipulation.

IT IS HEREBY ORDERED THAT *Oklahoma Firefighters Pension and Retirement System v. Chew, et al.*, No. 3:18-cv-04698 (the "Derivative Action"), is related to *Weston v. PG&E Corporation, et al.*, No. 3:18-cv-03509 and *Moretti v. PG&E Corporation et al.*, No. 3:18-cv-03545. Pursuant to Civil Local Rule 3-12(f)(3), the Clerk shall reassign the Derivative Action to the undersigned.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8/29/18
_____
Date

Hon. Richard Seeborg
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED]
ORDER TO RELATE CASES
CASE NO. 3:18-CV-03509-RS