| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |   Robert W. Perrin (Bar No. 194485) |
| 2 |   *robert.perrin@lw.com* |
| |   Michael J. Reiss (Bar No. 275021) |
| 3 |   *michael.reiss@lw.com* |

1  LATHAM & WATKINS LLP
   Robert W. Perrin (Bar No. 194485)
2     *robert.perrin@lw.com*
   Michael J. Reiss (Bar No. 275021)
3     *michael.reiss@lw.com*
   355 South Grand Avenue, Suite 100
4  Los Angeles, California 90071-1560
   Telephone: (213) 485-1234
5  Facsimile: (213) 891-8763

6  LATHAM & WATKINS LLP
   James E. Brandt (*pro hac vice* forthcoming)
7     *james.brandt@lw.com*
   885 Third Avenue
8  New York, New York 10022-4834
   Telephone: (212) 906-1200
9  Facsimile: (212) 751-4864

10  *Attorneys for Nominal Defendant PG&E Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, derivatively on behalf of PG&E CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LEWIS CHEW, ANTHONY F. EARLEY, JR., FRED J. FOWLER, RICHARD C. KELLY, ROGER H. KIMMEL, RICHARD A. MESERVE, ERIC D. MULLINS, FORREST E. MILLER, ROSENDO G. PARRA, BARBARA L. RAMBO, ANNE SHEN SMITH, JASON P. WELLS, PATRICK M. HOGAN, AND GEISHA J. WILLIAMS, <br><br> Defendants, <br><br> and <br><br> PG&E CORPORATION, <br><br> Nominal Defendant. | Case No. 4:18-cv-04698-~~PJH~~ RS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE** <br><br> Honorable Phyllis J. Hamilton |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
CASE NO. 4:18-CV-04698-PJH

**WHEREAS**, on August 3, 2018, Plaintiff Oklahoma Firefighters Pension and Retirement System ("Plaintiff") filed a shareholder derivative complaint (the "Complaint") against individual defendants Lewis Chew, Anthony F. Earley, Jr., Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Eric D. Mullins, Forrest E. Miller, Rosendo G. Parra, Barbara L. Rambo, Anne Shen Smith, Jason P. Wells, Patrick M. Hogan, and Geisha J. Williams and nominal defendant PG&E Corporation (collectively, "Defendants");

**WHEREAS**, as reflected in a stipulation filed on August 22, 2018 and lodged with this Court, the parties agree that this action is related to another action pending in this District – *Weston v. PG&E Corporation, et al.*, No. 3:18-cv-03509-RS – and have sought reassignment of this action to the Honorable Richard Seeborg pursuant to Local Rule 3-12;

**WHEREAS**, undersigned counsel for Defendants hereby accept service of the Complaint and summons in the above-captioned action on behalf of their respective clients, and acknowledge receipt of such;

**WHEREAS**, by authorizing their respective counsel to accept service on their behalf, Defendants are not waiving any defense other than insufficient process and insufficient service of process (Rules 12(b)(4) & (5) of the Federal Rules of Civil Procedure), and Defendants expressly reserve all other defenses;

**WHEREAS**, Defendants intend to move to stay this derivative action in light of other pending litigation against PG&E Corporation;

**WHEREAS**, the parties agree that Defendants' motion to stay should be resolved before Defendants are required to respond to the Complaint or any other steps are taken in the litigation;

**WHEREAS**, counsel for Plaintiff and Defendants have agreed to a briefing schedule for Defendants' forthcoming motion to stay;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. Defendants shall have forty-five (45) days from this Court's order entering this stipulation to file a motion to stay (the "Motion").

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
CASE NO. 4:18-CV-04698-PJH

2. Plaintiff shall have forty-five (45) days from the filing of Defendants' Motion to file an opposition brief.

3. Defendants shall have twenty-five (25) days from the filing of Plaintiff's opposition to the Motion to file a reply brief.

4. Activity in the litigation shall be stayed until the Court resolves the Motion.

5. In the event that the Court denies the Motion, Defendants shall have forty-five (45) days from the date the Motion is denied to respond to the Complaint, and to the extent Defendants do so by motion, Plaintiff shall have forty-five (45) days to oppose and Defendants shall have twenty-five (25) days to file a reply.

Dated: August 27, 2018

LATHAM & WATKINS LLP
  Robert W. Perrin (Bar No. 194485)
  Michael J. Reiss (Bar No. 275021)

By /s/ Robert W. Perrin
  Robert W. Perrin
  355 South Grand Avenue, Suite 100
  Los Angeles, CA 90071
  Telephone: (213) 485-1234
  Facsimile: (213) 891-8763
  robert.perrin@lw.com
  michael.reiss@lw.com

LATHAM & WATKINS LLP
  James E. Brandt (*pro hac vice* forthcoming)
  885 Third Avenue
  New York, NY 10022
  Telephone: (212) 906-1200
  Facsimile: (212) 751-4864
  james.brandt@lw.com

  *Attorneys for Nominal Defendant PG&E Corporation*

Dated: August 27, 2018

MCDERMOTT WILL & EMERY LLP
  Charles E. Weir (Bar No. 211091)

By /s/ Charles E. Weir
  Charles E. Weir
  2049 Century Park East, 38th Floor
  Los Angeles, CA 90067
  Telephone: (310) 277-4110
  Facsimile: (310) 277-4730

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

|  |  |
|---|---|
| 1 | cweir@mwe.com |
| 2 | MCDERMOTT WILL & EMERY LLP |
|  |    Steven S. Scholes (*pro hac vice* |
| 3 |    forthcoming) |
|  |    444 West Lake Street |
| 4 |    Chicago, IL 60606 |
|  |    Telephone: (312) 372-2000 |
| 5 |    Facsimile: (312) 984-7700 |
|  |    sscholes@mwe.com |

1  cweir@mwe.com

2  MCDERMOTT WILL & EMERY LLP
3     Steven S. Scholes (*pro hac vice* forthcoming)
4     444 West Lake Street
   Chicago, IL 60606
5     Telephone: (312) 372-2000
   Facsimile: (312) 984-7700
6     sscholes@mwe.com

7  *Attorneys for Defendants Geisha J. Williams, Jason P. Wells, Anthony F. Earley, Jr., and Patrick M. Hogan*

8

9  Dated: August 27, 2018  SIMPSON THACHER & BARTLETT LLP
   James G. Kreissman (Bar No. 206740)
10    Elizabeth H. White (Bar No. 291439)

11  By /s/ James G. Kreissman
   James G. Kreissman
12    2475 Hanover Street
   Palo Alto, CA 94304
13    Telephone: (650) 251-5080
   Facsimile: (650) 251-5002
14    jkreissman@stblaw.com
   elizabeth.white@stblaw.com

15

16  SIMPSON THACHER & BARTLETT LLP
   Paul C. Curnin (*pro hac vice* forthcoming)
17    425 Lexington Avenue
   New York, NY 10017
18    Telephone: (212) 455-2000
   Facsimile: (212) 455-2502
19    pcurnin@stblaw.com

20  *Attorneys for Defendants Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Eric D. Mullins, Forrest E. Miller, Rosendo G. Parra, Barbara L. Rambo, and Anne Shen Smith*

23  Dated: August 27, 2018  BERMAN TABACCO
   Nicole Lavallee (Bar No. 165755)
24    Daniel E. Barenbaum (Bar No. 209261)

25  By /s/ Daniel E. Barenbaum
   Daniel E. Barenbaum
26    44 Montgomery Street, Suite 650
   San Francisco, CA 94104
27    Telephone: (415) 433-3200
28    Facsimile: (415) 433-6382

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
CASE NO. 4:18-CV-04698-PJH

nlavallee@bermantabacco.com
dbarenbaum@bermantabacco.com

BERMAN TABACCO
Leslie R. Stern (*pro hac vice* forthcoming)
Nathaniel L. Orenstein (*pro hac vice* forthcoming)
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
lstern@bermantabacco.com
norenstein@bermantabacco.com

*Attorneys for Plaintiff Oklahoma Firefighters Pension and Retirement System*

4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
CASE NO. 4:18-CV-04698-PJH

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that:

1. Defendants shall have forty-five (45) days from this Court's order entering this stipulation to file a motion to stay (the "Motion").

2. Plaintiff shall have forty-five (45) days from the filing of Defendants' Motion to file an opposition brief.

3. Defendants shall have twenty-five (25) days from the filing of Plaintiff's opposition to the Motion to file a reply brief.

4. Activity in the litigation shall be stayed until the Court resolves the Motion.

5. In the event that the Court denies the Motion, Defendants shall have forty-five (45) days from the date the Motion is denied to respond to the Complaint, and to the extent Defendants do so by motion, Plaintiff shall have forty-five (45) days to oppose and Defendants shall have twenty-five (25) days to file a reply.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8/29/18
Date

Hon. ~~Phyllis J. Hamilton~~ Richard Seeborg
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
CASE NO. 4:18-CV-04698-PJH