**COTCHETT, PITRE & MCCARTHY, LLP**
Frank M. Pitre (SBN 100077)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: fpitre@cpmlegal.com

**BOTTINI & BOTTINI, INC.**
Francis A. Bottini, Jr. (SBN 175783)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com

*Attorneys for John Trotter, Trustee of the PG&E Fire Victim Trust*

[Additional counsel appear in signature block]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN TROTTER, Trustee of the PG&E FIRE VICTIM TRUST,<br>Plaintiff,<br>v.<br><br>LEWIS CHEW, ANTHONY F. EARLEY, JR., FRED J. FOWLER, RICHARD C. KELLY, ROGER H. KIMMEL, RICHARD A. MESERVE, ERIC D. MULLINS, FORREST E. MILLER, ROSENDO G. PARRA, BARBARA L. RAMBO, ANNE SHEN SMITH, JASON P. WELLS, PATRICK M. HOGAN, and GEISHA J. WILLIAMS,<br>Defendants,<br>and<br><br>PG&E CORPORATION,<br>Nominal Defendant. | Case No. 5:18-cv-04698-EJD<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER VOLUNTARILY DISMISSING ACTION** |

**WHEREAS**, on August 6, 2018, Plaintiff Oklahoma Firefighters Pension & Retirement System filed the present shareholder derivative complaint on behalf of Nominal Defendant PG&E Corporation ("PG&E") against the Individual Defendants;[1]

**WHEREAS**, on January 29, 2019, PG&E commenced a voluntary Chapter 11 proceeding (the "Chapter 11 Cases") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court");

**WHEREAS**, Justice John Trotter (Ret.) has been appointed as the Trustee of the PG&E Fire Victim Trust, with full authority to pursue the Assigned D&O Rights and Causes of Action on behalf of the PG&E Fire Victim Trust consistent with the terms of the PG&E Fire Victim Trust Documents and the Plan and Confirmation Order;

**WHEREAS**, on December 14, 2020, the Court entered an order substituting the Trust for Oklahoma Firefighters Pension & Retirement System as Plaintiff;

**WHEREAS**, the Trust has elected to pursue the relevant claims through related, first-filed actions pending in San Francisco Superior Court, and thus desires to voluntarily dismiss this action without prejudice;

**NOW, THEREFORE**, the parties stipulate and respectfully request that the Court enter the [proposed] order providing as follows:

1. Pursuant to F.R.C.P. 41(a), Plaintiff voluntarily dismisses this action, with all parties to bear their own costs and fees.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

---

[1] The "Individual Defendants" named in the complaint include: Lewis Chew, Richard C. Kelly, Richard A. Meserve, Rosendo G. Parra, Anne Shen Smith, Fred J. Fowler, Roger H. Kimmel, Forrest E. Miller, Eric D. Mullins, Barbara L. Rambo, Geisha J. Williams, Anthony F. Early Jr., Jason P. Wells, and Patrick M. Hogan.

Dated: March 10, 2021

**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (SBN 175783)
ALBERT Y. CHANG (SBN 296065)
YURY A. KOLESNIKOV (SBN 271173)

By: *___/s/ Francis A. Bottini, Jr.____*
FRANCIS A. BOTTINI, JR.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com
E-mail: achang@bottinilaw.com
E-mail: ykolesnikov@bottinilaw.com

**COTCHETT, PITRE & MCCARTHY, LLP**
Frank M. Pitre (SBN 100077)
Mark C. Molumphy (SBN 168009)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**WALKUP, MELODIA, KELLY & SCHOENBERGER**
Khaldoun A. Baghdadi (SBN 190111)
Michael A. Kelly (SBN 71460)
650 California Street
San Francisco, CA 94108
Telephone: (415) 889-2919
Facsimile: (415) 391-6965
E-mail: kbaghdadi@WalkupLawOffice.com
E-mail: mkelly@WalkupLawOffice.com

**DREYER, BABICH, BUCCOLA, WOOD, CAMPORA LLP**
Steven M. Campora (SBN 110909)
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
E-mail: scampora@dbbwc.com

**COREY, LUZAICH, DE GHETALDI & RIDDLE LLP**
Dario de Ghetaldi (SBN 126782)
Amanda L. Riddle (SBN 215221)
700 El Camino Real
Millbrae, CA 94030
Telephone: (650) 871-5666
Facsimile: (650) 871-4144
E-mail: alr@coreylaw.com
E-mail def@coreylaw.com

*Attorneys for Plaintiff John Trotter, Trustee of the PG&E Fire Victim Trust*

Dated: March 10, 2021

**SIMPSON THACHER & BARTLETT LLP**

By: */s/ Stephen P. Blake*
STEPHEN P. BLAKE (SBN 260069)
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002
Email: sblake@stblaw.com

PAUL C. CURNIN (*pro hac vice*)
NICHOLAS GOLDIN (*pro hac vice* forthcoming)
SARA RICCIARDI (*pro hac vice* forthcoming)
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: pcurnin@stblaw.com
Email: ngoldin@stblaw.com
Email: sricciardi@stblaw.com

*Attorneys for Defendants Lewis Chew, Fred J. Fowler, Richard C. Kelly, Roger H. Kimmel, Richard A. Meserve, Eric D. Mullins, Forrest E. Miller, Rosendo G. Parra, and Anne Shen Smith*

Dated: March 10, 2021

**LATHAM & WATKINS LLP**

By: /s/ Michael J. Reiss
MICHAEL J. REISS (SBN 275021
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: michael.reiss@lw.com

**LATHAM & WATKINS LLP**
JAMES E. BRANDT (*pro hac vice* forthcoming)
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: james.brandt@lw.com

*Attorneys for Nominal Defendant PG&E*

Dated: March 10, 2021

**MCDERMOTT WILL & EMERY LLP**

By: /s/ Jason D. Strabo
JASON D. STRABO (SBN 246426)

GREGORY R. JONES (SBN 229858)
2049 Century Park East, 38th Floor
Los Angeles, California 90067
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
Email: gjones@mwe.com
Email: jstrabo@mwe.com

STEVE SCHOLES (*pro hac vice* forthcoming)
444 West Lake Street
Chicago, IL 60606-0029
Email: sscholes@mwe.com

*Attorneys for Defendants Geisha J. Williams, Jason P. Wells, Anthony F. Earley, Jr., and Patrick M. Hogan*

* * *

Pursuant to stipulation of the parties,

**IT IS SO ORDERED.**

Dated: 3/11/2021

EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION CLAUSE**

I, Francis A. Bottini, Jr., am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order Voluntarily Dismissing Action. I hereby attest that the above-signed counsel have concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of March, 2021 at La Jolla, California.

**BOTTINI & BOTTINI, INC.**
FRANCIS A. BOTTINI, JR. (SBN 175783)

By: *___/s/ Francis A. Bottini, Jr.____*
FRANCIS A. BOTTINI, JR.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
E-mail: fbottini@bottinilaw.com